■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK REID, Also Known as DARREN COLEMAN, Appellant. [731 NYS2d 456] —Judgment, Supreme Court, New York County (Bonnie Wittner, J.), rendered January 11, 1996, convicting defendant, after a jury trial, of robbery in the second degree and criminal possession of stolen property in the third degree, and sentencing him, as a second violent felony offender, to concurrent terms of 4 to 8 years and 3½ to 7 years, respectively, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. The totality of the evidence, including defendant's proximity to the crime, his shout of "let's go," and his leading of the codefendant through a crowded street during their joint flight, warranted the conclusion that defendant was a participant in the robbery, at least in the role of a lookout. While the codefendant initially attempted to take the victim's property without the use of force, it is clear that defendant continued his participation as the encounter became violent (*see, People v Mateen*, 227 AD2d 350, *lv denied* 88 NY2d 989). Defendant's close proximity to the crime, in plain view, satisfied the "aided by another person actually present" element of second-degree robbery (Penal Law § 160.10 [1]; *People v Moses*, 162 AD2d 311).

We have considered and rejected defendant's remaining arguments. Concur—Rosenberger, J. P., Williams, Mazzarelli, Rubin and Buckley, JJ.